United States District Court

Eastern District of California

Curtis J. Williams,

    Plaintiff,                    No. Civ. S 05-0164 DFL PAN P

  vs.                                Order

R. W. Sandham, et al.,

    Defendants.

-oOo-

    Plaintiff is a state prisoner without counsel seeking to commence a civil rights action.  This proceeding was referred to this court by Local Rule 72-302 pursuant to 28 U.S.C. § 636(b)(1).

    Plaintiff requests leave to proceed in forma pauperis pursuant to 28 U.S.C. § 1915 and has submitted a declaration that makes the showing required by 28 U.S.C. § 1915(a).  Plaintiff is required to pay the statutory filing fee of $150 for this action.  28 U.S.C. §§ 1914(a), 1915(b)(1) (2000).  Plaintiff is obligated

for monthly payments of 20 percent of the preceding month's income credited to plaintiff's prison trust account.  These payments will be forwarded by the appropriate agency to the Clerk of the Court each time the amount in plaintiff's account exceeds $10, until the filing fee is paid in full.  28 U.S.C. § 1915(b)(2).

The complaint states cognizable claims for relief against all defendants pursuant to 42 U.S.C. § 1983 and 28 U.S.C. § 1915A(b).

Accordingly, the court hereby orders that:

1.  Plaintiff's request for leave to proceed in forma pauperis is granted.

2.  Plaintiff is obligated to pay the statutory filing fee of $150 for this action.  The fee shall be collected in accordance with this court's notice to the Director of the California Department of Corrections filed concurrently herewith.

3.  Service is appropriate for defendants R.W. Sandham, J.D. Steen, J. Rohlfing and P. Mangis.

4.  The Clerk of the Court shall send plaintiff four USM-285 forms, one summons, an instruction sheet and one copy of the January 26, 2005, pleading.

5.  Within 30 days from service of this order, plaintiff shall complete the attached Notice of Submission of Documents and submit it to the court with the completed summons and USM-285 forms and five copies of the January 26, 2005, pleading.

6.  Upon receipt of the necessary materials, the court will

1  direct the United States Marshal to serve defendants R.W.
2  Sandham, J.D Steen, J. Rohlfing and P. Mangis pursuant to Federal
3  Rule of Civil Procedure 4 without payment of costs.
4      Dated:  June 2, 2005.

                                  /s/ Peter A. Nowinski
                                  PETER A. NOWINSKI
                                  Magistrate Judge

```
 1
 2
 3
 4
 5
 6
 7
 8                    United States District Court
 9                    Eastern District of California
10
11
12  Curtis J. Williams,
13           Plaintiff,            No. Civ. S 05-0164 DFL PAN P
14      vs.                        Notice of Submission of Documents
15  R.W. Sandham, et al.,
16           Defendants.
17                                -oOo-
18     Plaintiff hereby submits the following documents in
19  compliance with the court's order filed _____:
20           1       completed summons form
21           4       completed forms USM-285
22           5       copies of the      January 26, 2005
23                                          Complaint
24  Dated: _____
25                               _____
26                                              Plaintiff
```