United States District Court

Eastern District of California

Curtis J. Williams,

        Plaintiff,

vs.

R. W. Sandham, et al.,

        Defendants.

No. Civ. S 05-0164 DFL PAN P

Order

-oOo-

Plaintiff is a prisoner proceeding in forma pauperis and without counsel in a civil rights action.

The United States Marshal has returned process directed to defendant P. Mangis unserved because he could not be found. Plaintiff must provide new information about where this defendant may be served with process. Plaintiff may seek such information through discovery, the California Public Records Act, California Government Code § 6250, et seq., or any other means available but must proceed with haste because Fed. R. Civ. P. 4(m) requires an

action be dismissed as to a defendant not served within 120 days after filing the complaint unless the time is enlarged based upon a demonstration of good cause. If plaintiff's access to the required information is denied or unreasonably delayed, plaintiff may seek judicial intervention.

Accordingly:

1. The clerk of the court shall mail plaintiff one form USM-285 and a copy of the pleading filed January 26, 2005.

2. Within 90 days from the date this order is signed, plaintiff may submit the attached Notice of Submission of Documents with a completed form USM-285 providing instructions for service of process upon defendant P. Mangis and two copies of the pleading provided to plaintiff.

3. If plaintiff does not provide new instructions for service of process upon defendant P. Mangis within the time allowed or show good cause for such failure I will recommend this action be dismissed as to that defendant.

So ordered.

Dated: October 25, 2005.

/s/ Peter A. Nowinski
PETER A. NOWINSKI
Magistrate Judge

United States District Court

Eastern District of California

Curtis J. Williams,

    Plaintiff,  No. Civ. S-05-0164 DFL PAN P

  vs.  Notice of Submission of Documents

R. W. Sandham, et al.,

    Defendants.

-oOo-

Plaintiff hereby submits the following documents in compliance with the court's order filed _____:

    __1__    completed summons form

    __1__    completed form USM-285

    __2__    copies of the __January 26, 2005__ Complaint

Dated: _____

_____
Plaintiff