United States District Court

Eastern District of California

Curtis J. Williams,

    Plaintiff,

vs.

R. W. Sandham, et al.,

    Defendants.

No. Civ. S 05-0164 DFL PAN P

Order

-oOo-

Plaintiff is a state prisoner without counsel who in his January 26, 2005, complaint alleges defendants provided constitutionally inadequate medical care for his eye condition. Defendants have answered.

October 7, and October 13, 2005, plaintiff moved for leave to "amend" or "supplement" the pleading to allege events that occurred since he filed the complaint. He seeks to supplement the complaint since the events "happened since the date of the pleading sought to be supplemented." Fed. R. Civ. P. 15(d).

1 | Whether to permit such supplemental pleading is within this
2 | court's discretion.
3 |     The court finds it cannot evaluate whether to permit
4 | supplementation because plaintiff has not lodged a supplemental
5 | pleading.
6 |     Accordingly, plaintiff's October 7 and 13, 2005, requests
7 | are denied without prejudice.
8 |     So ordered.
9 |     Dated: December 13, 2005.

/s/ Peter A. Nowinski
PETER A. NOWINSKI
Magistrate Judge