United States District Court

Eastern District of California

Curtis J. Williams,

    Plaintiff,

vs.

R. W. Sandham, et al.,

    Defendants.

No. Civ. S 05-0164 DFL PAN P

Order

-oOo-

January 30, 2006, plaintiff filed a request for production of documents, a request for admissions and interrogatories.

Interrogatories, requests for production, requests for admission, responses and proofs of service thereof "shall not be filed with the clerk until there is a proceeding in which the document or proof of service is at issue. When required in a proceeding, only that part of the request and response that is in issue shall be filed." Local Rules 33-250(c), 34-250(c) & 36-250(c).

1 | Accordingly, the court will take no action on plaintiff's
2 | January 30, 2006, requests.
3 | So ordered.
4 | Dated:  February 2, 2006.

```
                                /s/ Peter A. Nowinski
                                PETER A. NOWINSKI
                                Magistrate Judge
```