IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

CURTIS J. WILLIAMS,

    Plaintiff,

vs.

R. W. SANDHAM, et al.,

    Defendants.

No. CIV S-05-0164 DFL PAN P

ORDER

        On February 6 and 7, 2006, plaintiff filed three sets of discovery requests. Plaintiff is informed that court permission is not necessary for discovery requests and is again informed, see Order filed February 2, 2006, that neither discovery requests served on an opposing party nor that party's responses should be filed until such time as a party becomes dissatisfied with a response and seeks relief from the court pursuant to the Federal Rules of Civil Procedure. Discovery requests between the parties shall not be filed with the court unless, and until, they are at issue.

        Accordingly, IT IS HEREBY ORDERED that plaintiff's February 6, 2006 and February 7, 2006 discovery requests will be placed in the court file and disregarded. Plaintiff is cautioned that further filing of discovery requests or responses, except as required by rule of

/////

1

1 court, may result in an order of sanctions, including, but not limited to, a recommendation that
2 this action be dismissed.
3 DATED: March 14, 2006.

_____
UNITED STATES MAGISTRATE JUDGE

12
will0164.411