IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

CURTIS J. WILLIAMS,

        Plaintiff,                       No. CIV S-05-0164 DFL PAN P

    vs.

R.W. SANDHAM, et al.,

        Defendants.               <u>ORDER</u>

_____/

        Defendant Mangis has filed his second request for an extension of time to file discovery responses and to file said responses beyond the May 29, 2006 discovery deadline. The discovery deadline was extended for defendant Mangis by order filed April 26, 2006. Defendant Mangis is not and has not been employed by the California Department of Corrections and Rehabilitiation and lives across the country. Defendant Mangis seeks an extension up to and including June 28, 2006. Good cause appearing, the request will be granted. No further extensions of time will be granted.

        IT IS HEREBY ORDERED that:

        1. Defendant Mangis' May 26, 2006 request for an extension of time is granted; and

        2. Defendant Mangis is granted to and including June 28, 2006 in which to file

1

1 | his discovery responses.  No further extensions of time will be granted.

2 | DATED: July 17, 2006.

_____
UNITED STATES MAGISTRATE JUDGE

/001; will0164.eot