IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

CURTIS J. WILLIAMS,

    Plaintiff,                    No. CIV S-05-0164 DFL PAN P

    vs.

R.W. SANDHAM, et al.,

    Defendants.                <u>ORDER</u>

/

        Plaintiff has requested an extension of time to file and serve an opposition to defendant's June 21, 2006 motion for summary judgment. Good cause appearing, IT IS HEREBY ORDERED that:

        1. Plaintiff's July 17, 2006 request for an extension of time is granted; and

        2. Plaintiff shall file and serve an opposition to defendant's June 21, 2006 motion for summary judgment on or before September 4, 2006. Defendants' reply, if any, shall be filed seven days thereafter.

DATED: July 20, 2006.

                                            UNITED STATES MAGISTRATE JUDGE

/mp:001
will0164.36