IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

CURTIS J. WILLIAMS,

    Plaintiff,                     No. CIV S-05-0164 DFL PAN P

    vs.

R.W. SANDHAM, et al.,

    Defendants.                <u>ORDER</u>

_____/

On July 7, 2006, plaintiff filed two motions to compel further discovery responses from defendant Steen. These motions were mailed on July 4, 2006. However, pursuant to this court's January 6, 2006 scheduling order, discovery closed April 28, 2006.[1] Accordingly, plaintiff's motions are untimely and will be denied.

/////

/////

---

[1] On April 26, 2006, the discovery deadline was extended only for defendant Mangis, who was ordered served in this action on February 9, 2006. Defendant Steen filed an answer on August 8, 2005.

1

1    IT IS HEREBY ORDERED that plaintiff's July 7, 2006 motions to compel are
2 denied. (Docket Nos. 58 and 59.)
3 DATED: July 27, 2006.

_____
UNITED STATES MAGISTRATE JUDGE

/001; will0164.mtc2