IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

CURTIS J. WILLIAMS,

    Plaintiff,               No. CIV S-05-0164 DFL PAN P

   vs.

R.W. SANDHAM, et al.,

    Defendants.           ORDER

_____/

      Plaintiff requests an extension of time until August 23, 2006, to file and serve an opposition to defendant's June 21, 2006, motion for summary judgment. On July 20, 2006 the court gave plaintiff until September 4, 2006, to file and serve an opposition.

      Accordingly, IT IS HEREBY ORDERED that plaintiff's July 31, 2006, request for an extension of time is denied.

DATED: August 4, 2006.

                                    UNITED STATES MAGISTRATE JUDGE

/mp/004
will0164.36(2)

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26