IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

CURTIS J. WILLIAMS,

        Plaintiff,                    No. CIV S-05-0164 DFL PAN P

    vs.

R. W. SANDHAM, et al.,

        Defendants.              ORDER

_____/

        Plaintiff is a state prisoner without counsel seeking relief pursuant to 42 U.S.C. § 1983. Defendants request the court to vacate the pretrial and trial dates.

        Pursuant to the January 6, 2006, schedule plaintiff has until September 22, 2006, to file and serve a pretrial statement, defendants have until October 6, 2006, to file and serve a pretrial statement, pretrial conference is set for October 13, 2006, and trial is set for January 2, 2007.

        Defendants' motion for summary judgment is pending.

////

////

////

////

1         Accordingly, IT HEREBY IS ORDERED that defendants' August 4, 2006,
motion to vacate the trial and pretrial dates is granted.

DATED: August 29, 2006.

_____
EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE

\004
\will0164.vac sched