IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

CURTIS J. WILLIAMS,

    Plaintiff,          No. CIV S-05-0164 DFL EFB P

vs.

R. W. SANDHAM, et al.,

    Defendants.          O R D E R

_____/

    Plaintiff is a state prisoner prosecuting this civil rights action without counsel. See 42 U.S.C. § 1983. Defendants move to vacate the pretrial dates.

    Pursuant to the January 6, 2006, schedule, plaintiff's pretrial statement is due September 22, 2006, defendants' pretrial statement is due October 6, 2006, pretrial conference is set for October 13, 2006, and trial is set for January 2, 2007.

    Since defendants' motion for summary judgment is pending, the above dates are vacated. See Fed. R. Civ. P. 16(b).

    So ordered.

Dated: August 30, 2006.

EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE

\sand0164.vac sched dates