1

2

3

4

5

6

7

8                    IN THE UNITED STATES DISTRICT COURT

9                  FOR THE EASTERN DISTRICT OF CALIFORNIA

10   CURTIS J. WILLIAMS,

11          Plaintiff,                    No. CIV S-05-0164 DFL EFB P

12      vs.

13   R. W. SANDHAM, et al.,

14          Defendants.             ORDER

15   _____/

16          Plaintiff is a prisoner without counsel seeking relief for civil rights violations.  *See* 42

17   U.S.C. § 1983.  He has filed a request for appointment of counsel.

18          In proceedings that do not threaten a litigant with loss of physical liberty, there

19   presumptively is no right to appointed counsel.  *Lassiter v. Department of Social Services*, 452

20   U.S. 18, 26-27 (1981).   The court has discretion in determining whether to seek counsel to

21   represent an indigent civil litigant.  28 U.S.C. § 1915(e)(1);  *Mallard v. District Court*, 490 U.S.

22   296 (1989).  In deciding whether to appoint counsel, the court exercises discretion governed by a

23   number of factors, including the likelihood of success on the merits and the applicant's ability to

24   present his claims in light of their complexity.  *Weygandt v. Look*, 718 F.2d 952, 954 (9th Cir.

25   1983); *see also, LaMere v. Risley*, 827 F.2d 622, 626 (9th Cir. 1987).

26   ////

1          Plaintiff alleges defendants were deliberately indifferent to his serious medical needs.

2  Given that the law is well settled and plaintiff's claims are not complex, plaintiff articulates his

3  claims well.

4          Accordingly, it is ORDERED that plaintiff's September 11, 2006, motion for

5  appointment of counsel is denied.

6  Dated:  November 15, 2006.

EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE