IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

CURTIS J. WILLIAMS,

        Plaintiff,                     No. CIV S-05-0164 JAM EFB P

        vs.

R. W. SANDHAM, et al.,

        Defendants.              <u>ORDER</u>

_____/

        Plaintiff, a state prisoner proceeding pro se, has filed this civil rights action seeking relief under 42 U.S.C. § 1983. The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

        On January 19, 2011, the magistrate judge filed findings and recommendations herein which were served on all parties and which contained notice to all parties that any objections to the findings and recommendations were to be filed within fourteen days. Defendants have filed objections to the findings and recommendations.

        In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C) and Local Rule 304, this court has conducted a <u>de novo</u> review of this case. Having carefully reviewed the entire file, the court finds the findings and recommendations to be supported by the record and by proper analysis.

1

Accordingly, IT IS HEREBY ORDERED that:

1. The findings and recommendations filed January 19, 2011, are adopted in full;

2. Defendants' motions to dismiss (Dckt. Nos. 125 and 127), both premised on plaintiff's failure to file a timely pretrial statement, are denied; and

3. Defendants are directed to file their pretrial statement no later than 30 days from the date of service of this order.

DATED: March 31, 2011

/s/ John A. Mendez
UNITED STATES DISTRICT JUDGE