IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

CURTIS J. WILLIAMS,

     Plaintiff,                      No. CIV S-05-0164 JAM EFB P

    vs.

R. W. SANDHAM, et al.,

     Defendants.          <u>ORDER</u>

_____/

        Plaintiff, a state prisoner proceeding pro se, has filed this civil rights action seeking relief under 42 U.S.C. § 1983. The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

        On November 16, 2011, the magistrate judge filed findings and recommendations herein which were served on all parties and which contained notice to all parties that any objections to the findings and recommendations were to be filed within fourteen days. Defendant Steen has filed objections to the findings and recommendations, which defendants Mangis, Sandham and Rohlfing have joined.

        In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C) and Local Rule 304, this court has conducted a <u>de novo</u> review of this case. Having carefully reviewed the entire file, the court finds the findings and recommendations to be supported by the record and by

proper analysis.

Accordingly, IT IS HEREBY ORDERED that:

1. The findings and recommendations filed November 16, 2011, are adopted in full; and

2. Defendants' August 2, 2011 request for the entry of summary judgment in their favor at the pretrial conference is denied.

DATED: March 5, 2012

/s/ John A. Mendez
UNITED STATES DISTRICT COURT JUDGE