**FILED**

JAN 15 2013

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CURTIS J. WILLIAMS,<br><br>                  Plaintiff,<br><br>v.<br><br>R. W. SANDHAM, et al.,<br><br>                  Defendants. | Case No. 2:05-cv-0164 JAM EFB (PC)<br><br>[~~PROPOSED~~ JAM] ORDER THAT DEFENDANT MANGIS IS UNAVAILABLE FOR TRIAL |

      The Court, having considered Defendant Mangis' motion for an order excusing him from attending trial on the ground that his is medically unavailable, and good cause having been found,

      **IT IS ORDERED THAT** Defendant Mangis is excused from trial on the ground that he is medically unavailable to attend.

Dated: 1-15-2013

_____
The Honorable John A. Mendez